**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #:             06-30210
Debtor(s) Name:     JACQUELYN R CRAIG /

Unclaimed Funds Check #:   11183211
Date Unclaimed Funds Check issued:       May 18, 2011

**Amount remitted to Unclaimed Funds - Case # 06-30210:**          $655.62
Claim Number:            003-0
Court Claim Number:      3

Creditor Name and Address:

REGENCY FINANCE
%MICHAEL L POWELL
PO BOX 948
KNOXVILLE, TN  37901-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995